# IN THE UNITED STATES DISTRICT COURT
# FOR SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BT BRANDS, INC. and <br> GARY COPPERUD, <br><br> Plaintiffs, <br><br> v. <br><br> NOBLE ROMAN'S INC., A. SCOTT MOBLEY, <br> PAUL W. MOBLEY, MARCEL HERBST, <br> DOUGLAS H. COAPE-ARNOLD, and <br> WILLIAM WILDMAN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:23-cv-01352-JRS-MJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## Notice of Dismissal Without Prejudice

Plaintiffs BT Brands, Inc. and Gary Copperud, by counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby provide notice of their dismissal of this action without prejudice.

Dated: September 7, 2023

Respectfully submitted,

*/s/ Andrew D. Dettmer*
Michael Rabinowitch, # 18117-49
Daniel R. Kelley, # 30706-49
Andrew D. Dettmer, # 35202-49

*Counsel for Plaintiffs BT Brands, Inc. and Gary Copperud*

DINSMORE & SHOHL LLP
211 N. Pennsylvania Street, Suite 1800
Indianapolis, IN 46204
Misha.Rabinowitch@Dinsmore.com
Daniel.Kelley@Dinsmore.com
Andrew.Dettmer@Dinsmore.com

1

## CERTIFICATE OF SERVICE

I certify that on September 7, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's e-filing system.

*/s/ Andrew D. Dettmer*